UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – Paradise Valley, LLC, a limited liability company doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II in his official capacity as U.S. Secretary of the Department of Health and Human Services,<br><br>Defendant. | CASE NO.: 3:17-00054-AJB-(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER GRANTING JOINT MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Joint Motion to dismiss the above-captioned action is granted. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 7, 2018

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge